# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 319
:
APPOINTMENT TO THE DISCIPLINARY : DISCIPLINARY BOARD APPOINTMENT
BOARD OF PENNSYLVANIA : DOCKET
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of April, 2022, Laura E. Ellsworth, Esquire, Allegheny County, is hereby appointed as a member of the Disciplinary Board of Pennsylvania for a term commencing May 1, 2022, and expiring April 1, 2027.